Lawrence H. Meuers (SBN: 197663)
**MEUERS LAW FIRM, P.L.**
5395 Park Central Court
Naples, FL 34109
Telephone:  (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
JS-6

JS-6

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| RIO VISTA VENTURES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FRESH LIFE CO., *et al.*<br><br>Defendants. | Case No: 5:23-cv-00786-JFW-MRWx<br><br>**STIPULATED FINAL JUDGMENT** |

Before this Court is the Stipulation for Judgment under the Perishable Agricultural Commodities Act of 1930 filed by Plaintiff, Rio Vista Ventures, LLC and Defendants, Fresh Life Co., Rose Mata a/k/a Jennifer R. Abarca a/k/a Jennifer Rose, Elvira Mata, and Gabriel Gomez. The Court has reviewed the Stipulation, the record in this case, applicable law, and is otherwise fully advised. For the reasons stated below, the Stipulation is GRANTED:

**IT IS ORDERED** that Plaintiff's Complaint is amended to change Rose Mata's name to Rose Mata a/k/a Jennifer R. Abarca a/k/a Jennifer Rose Mata;

**IT IS FURTHER ORDERED** that on Count I of Plaintiff's Complaint, the Court enters Judgment in favor of Plaintiff, Rio Vista Ventures, LLC and against Defendant, Fresh Life Co. in the total Judgment amount of $29,195.43, plus post-

judgment interest at the rate of 18% per year from the date of entry of Judgment until paid in full, for which let execution issue;

**IT IS FURTHER ORDERED** that on Count II of Plaintiff's Complaint, the Court declares that Plaintiff, Rio Vista Ventures, LLC holds a valid claim under the trust provisions of the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499e(c) against Defendant, Fresh Life Co. in the total amount of $29,195.43, inclusive of attorneys' fees, costs, and pre-judgment interest;

**IT IS FURTHER ORDERED** that on Count VI of Plaintiff's Complaint, the Court enters Judgment in favor of Plaintiff, Rio Vista Ventures, LLC and against Defendant, Rose Mata a/k/a Jennifer R. Abarca a/k/a Jennifer Rose Mata, Elvira Mata, and Gabriel Gomez—jointly and severally—in the total Judgment amount of $29,195.43, plus post-judgment interest at the rate of 18% per year from the date of entry of Judgment until paid in full, for which let execution issue;

**IT IS FURTHER ORDERED** that Counts III, IV, V, VIII, and IX of Plaintiff's Complaint are dismissed without prejudice pursuant to FRCP 41.

DATED: December 12, 2023

_____
HONORABLE JOHN F. WALTER
United States District Judge